# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TRAUOVES DESHAN WATSON                                                                           PLAINTIFF
ADC #145812

v.                                              4:23-cv-01143-JM-JJV

T. SIMS,
Sergeant, Maximum Security Unit, ADC; *et al.*                                                   DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. (Docs. 10, 13). After reviewing the record *de novo*, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may proceed with his Eighth Amendment claim that Defendant Isom, in his personal capacity, failed to prevent the August 4, 2023 attack. All other claims in the Complaint, as well as Defendants Sims and Dunn are dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE