# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

TRAUOVES DESHAN WATSON                                                                    PLAINTIFF
ADC #145812

v.                                            4:23-cv-01143-JM-JJV

T. SIMS; *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 51.) No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Defendant's Motion for Summary Judgment (Doc. 46) is GRANTED, and Plaintiff's failure to protect claim against Defendant Isom is DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE