IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRAUOVES DESHAN WATSON                                                                PLAINTIFF
ADC #145812

v.                                          4:23-cv-01143-JM-JJV

T. SIMS; *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Orders entered today and previously (Docs. 15,   ), the Complaint is DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE